# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHANDLER DAVALL, | Case No. CV 18-07252-DSF (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARREN MONTGOMERY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: April 29, 2019

DALE S. FISCHER
United States District Judge