# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSEPH CHANDLER DAVALL,<br><br>Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY,<br><br>Respondent. | No. CV 18-07252-DSF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other relevant records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Motion to Amend is granted as to Grounds One through Seven of the First Amended Petition and denied as to Ground Eight. This leaves Grounds One through Seven as the operative habeas petition.

IT IS FURTHER ORDERED that Respondent file an Answer to the
First Amended Petition with forty-five (45) days of service of this order.
Petitioner may file a Reply within thirty (30) days of service of the Answer.


Date: April 6, 2021

_Dale S. Fischer_
Dale S. Fischer
United States District Judge