UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CHANDLER DAVALL,<br><br>               Petitioner,<br><br>    v.<br><br>WARREN MONTGOMERY,<br><br>               Respondent. | Case No. 2:18-CV-7252-DSF (LAL)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, the Magistrate Judge's Final Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections lack merit for the reasons stated in the Final Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

    1.    The Final Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the First Amended Petition and dismissing this action with prejudice; and

///

///

3. The Clerk serve copies of this Order on the parties.

DATED: November 30, 2021

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE