UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CHANDLER DAVALL,<br><br>                    Petitioner,<br><br>v.<br><br>WARREN MONTGOMERY,<br><br>                    Respondent. | Case No. 2:18-CV-7252-DSF (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

    IT IS SO ORDERED.

DATED: November 30, 2021

                                          Honorable Dale S. Fischer
                                          UNITED STATES DISTRICT JUDGE